IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                              MEMORANDUM

        Plaintiff,

                                              06-cr-221-bbc
       v.                                          08-cv-575-bbc

JAMES FRAZIER,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On September 30, 2008, defendant filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255. Because defendant's appeal is pending before the court of appeals, I dismissed his motion as premature. Now defendant has filed three supplements to his § 2255 motion (dkt #122; 06-cr-221-bbc and dkts. ##3-4; 08-cv-575-bbc). Because defendant's case remains on appeal, I will not give any consideration to defendant's supplements at this time.

Entered this 21st day of October, 2008.

                                              BY THE COURT:
                                              /s/
                                              BARBARA B. CRABB
                                              District Judge